UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY EATON,

    Defendant.

                                                      /

Case No. 16-cr-20788

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MONA K. MAJZOUB

**ORDER DENYING THE GOVERNMENT'S MOTION TO ISSUE ARREST WARRANT AND HOLD BOND VIOLATION HEARING [37] AND MODIFYING BOND CONDITIONS**

On February 23, 2017, Nancy Eaton ("Defendant") entered a guilty plea to Count One of the Superseding Indictment, which charged her with conspiracy to possess with intent to distribute, in violation of 21 U.S.C. § 846. Dkt. No. 35. During the plea hearing the Court instructed Defendant not to have any contact with her co-defendant.

Shortly after the plea hearing, Defendant posted on Facebook: "Frankie is going to testify against a certain person besides me and my attorney said and I quote he will do whatever it takes to keep his own ass out of trouble that came straight from Frankie's attorney to mine." Dkt. No. 37, p. 3 (Pg. ID 136). She followed this up by posting a photo of a stabbed rat, with the words "NO SNITCHING," "KEEP OUR STREETS HONEST," and "OBEDIENCE IS UN-

-1-

AMERICAN" written above and below the image of the dead rat. *Id*. at 4 (Pg. ID 137).

The Court finds that while this did not violate the explicit conditions of Defendant's bond, Defendant has demonstrated an egregious lapse in judgment that necessitates additional bond conditions.

**IT IS HEREBY ORDERED** that the following condition be placed on Defendant's bond conditions list: Defendant may not publicly communicate about her co-defendant and his case by electronic media, including any Internet chat room, blog, or website such as Facebook, MySpace, LinkedIn, YouTube or Twitter.

**IT IS FURTHER ORDERED** that Defendant shall not intimidate or tamper with witnesses or informants, or otherwise obstruct a criminal investigation.

**IT IS FURTHER ORDERED** that the Court **DENIES** without prejudice the Government's Motion to Issue an Arrest Warrant [37].

**IT IS SO ORDERED**.

Dated: March 30, 2017  /s/Gershwin A Drain
Detroit, MI  HON. GERSHWIN A. DRAIN
  United States District Court Judge